# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CHARLES NATHAN WEIN,** as Personal Representative and Heir to the
**ESTATE OF SIDNEY WEIN,**
Appellant,

v.

**BANK OF NEW YORK MELLON TRUST COMPANY, NA,**
as Trustee for Mortgage Assets Management Series I Trust,
Appellee.

No. 4D20-2375

[January 27, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge, Judge; L.T. Case No. CACE18-13196.

Samuel D. Lopez of Samuel D. Lopez, P.A., Southwest Ranches, for appellant.

Joshua H. Threadcraft of Burr & Forman LLP, Birmingham, Alabama, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and LEVINE, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.w***